**Sherry ROSS, Plaintiff–Appellant,**

v.

**JEFFERSON COUNTY DEPARTMENT OF HEALTH, Defendant–Appellee.**

No. 11–14258.

United States Court of Appeals, Eleventh Circuit.

Jan. 28, 2013.

Henry L. Penick, H.L. Penick & Associates, PC, Birmingham, AL, for Plaintiff–Appellant.

James E. Ferguson, III, Wade Cooper Merritt, Spain & Gillon, LLC, Birmingham, AL, for Defendant–Appellee.

Before DUBINA, Chief Judge, and TJOFLAT, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR, MARTIN and JORDAN, Circuit Judges.

**ORDER FOR REHEARING EN BANC**

BY THE COURT:

The court having been polled at the request of one of the members of the Court and a majority of the Circuit Judges who are in regular active service not having voted in favor of it (Rule 35, Federal Rules of Appellate Procedure), the Suggestion of Rehearing En Banc is **DENIED.**